82,701-02

IN RE                                    14-21-15

EX PARTE cody Lemont St. Junius

TR.# 1120921-B

Dear Clerk, on March 16, 2015, the Harris district Clerk, was ordered to Forward the State's Proposed Finding of Facts. I have not heard From your office?

Have you received the March 16, 2015 order?

Please respond.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

Sincerely

cody Lemont St. Junius
# 1548372 clemens Unit
11034 Hwy 36
Brozoria, Tex 77422